# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

JAIME A. TORRES-SANTELL

CASE NO. 3:16-CR-0799 (ADC)

USM # 49776-069

## JUDGMENT OF DISMISSAL

Defendant JAIME A. TORRES-SANTELL has been charged with the offense(s) of:

Count One (1). 18: United States Code, Section 922(g)(1). Prohibited Person in Possession of Firearm: Convicted Felon.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice, , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on 7/20/2017.

S/ Aida M. Delgado-Colon
Chief, United States District Judge

DPR Forms. Rev. Feb. 2016