UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF,<br><br>v.<br><br>JAIME A. TORRES-SANTELL,<br>        DEFENDANT. | CASE NO.:16-799 (ADC) |

## MOTION TO CLARIFY DOCKET ENTRY 27

COMES NOW, the Defendant, Jaime A. Torres-Santell ("Mr. Torres-Santell"), through the undersigned attorney, moves this Court to clarify its ruling in Docket Entry 27, in criminal case 16-799 (ADC).

1) On May 11, 2017 defense counsel filed a Motion to Compel disclosure in case 16-799 (ADC). (D.E. 25).

2) On May 24, 2017 the Court heard arguments regarding the Motion to Compel and memorialized its ruling in Docket Entry 27.

3) On June 14, 2017 the government filed a superseding indictment, and charged Mr. Torres-Santell in under Case No.: 17-358. (D.E. 1, Case No.: 17-358).

4) On June 30, 2017 the government moved to dismiss this (16-799 (ADC), and on July 20, 2017 the Court granted its motion. (D.E. 28 and D.E. 29, Case No.: 16-799).

5) Defense counsel respectfully requests this Court clarify its ruling on the Motion to Compel, specifically regarding Item No. 1, the Search Warrant referenced in the Department of Homeland Security Enforcement Operation Plan. (D.E. 27, Case No.: 16-799)

**WHEREFORE**, Mr. Torres-Santell respectfully requests the Court clarify Docket Entry 27, in Case No.: 16-799 (ADC).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24 day of August, 2017.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**

1

**District of Puerto Rico**
S/JUAN J. MICHELEN
Juan J. Michelen,
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org